1  **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2  Name _Black_     _Gabriel_     _____
        (Last)           (First)         (Initial)

3  Prisoner Number _V-65533_

4  Institutional Address _PO Box 409020_                E-filing

5

6  ==========================================================

7  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

8  _Gabriel Black_____ )
   (Enter the full name of plaintiff in this action.) )    CV 08    3218
9                                                    )
                     vs.                             )    Case No. _____
10                                                   )    (To be provided by the clerk of court)
    _Warden Sortion_____ )
11  _California_____ )    PETITION FOR A WRIT
                                         )    OF HABEAS CORPUS
12  _Gabriel Black_____ )
                                         )    (PR)
13  _Institutional Religious_____ )
14  (Enter the full name of respondent(s) or jailor in this action) )
                                         )
15

16              Read Comments Carefully Before Filling In

17  When and Where to File

18         You should file in the Northern District if you were convicted and sentenced in one of these

19  counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20  San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21  this district if you are challenging the manner in which your sentence is being executed, such as loss of

22  good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23         If you are challenging your conviction or sentence and you were not convicted and sentenced in

24  one of the above-named fifteen counties, your petition will likely be transferred to the United States

25  District Court for the district in which the state court that convicted and sentenced you is located. If

26  you are challenging the execution of your sentence and you are not in prison in one of these counties,

27  your petition will likely be transferred to the district court for the district that includes the institution

28  where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS          - 1 -

1  Who to Name as Respondent

2   You must name the person in whose actual custody you are. This usually means the Warden or
3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4  you are imprisoned or by whom you were convicted and sentenced. These are not proper
5  respondents.

6   If you are not presently in custody pursuant to the state judgment against which you seek relief
7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack
9  was entered.

10  A. <u>INFORMATION ABOUT YOUR CONVICTION AND SENTENCE</u>

11   1. What sentence are you challenging in this petition?

12    (a) Name and location of court that imposed sentence (for example; Alameda
13     County Superior Court, Oakland):
14    Superior Court     Santa Clara County
15    Court        Location

16    (b) Case number, if known C3448323

17    (c) Date and terms of sentence 04 30 TO Life

18    (d) Are you now in custody serving this term? (Custody means being in jail, on
19     parole or probation, etc.)   Yes X   No ____
20     Where?
21     Name of Institution: MULE CREEK STATE Prison
22     Address: Box 409020 IONE, CA 95640

23   2. For what crime were you given this sentence? (If your petition challenges a sentence for
24  more than one crime, list each crime separately using Penal Code numbers if known. If you are
25  challenging more than one sentence, you should file a different petition for each sentence.)

26  288(a) 3 Second incident was done when
27  appellant was asleep is not cause to
28  give 30 to Life

PET. FOR WRIT OF HAB. CORPUS    -2-

3. Did you have any of the following?

    Arraignment:    Yes _X_  No ____

    Preliminary Hearing:    Yes _X_  No ____

    Motion to Suppress:    Yes _X_  No ____

4. How did you plead?

    Guilty ____  Not Guilty _X_  Nolo Contendere ____

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury _X_  Judge alone ____  Judge alone on a transcript ____

6. Did you testify at your trial?    Yes ____  No _X_

7. Did you have an attorney at the following proceedings:

    (a)  Arraignment    Yes _X_  No ____

    (b)  Preliminary hearing    Yes _X_  No ____

    (c)  Time of plea    Yes _X_  No ____

    (d)  Trial    Yes _X_  No ____

    (e)  Sentencing    Yes _X_  No ____

    (f)  Appeal    Yes _X_  No ____

    (g)  Other post-conviction proceeding  Yes ____  No _X_

8. Did you appeal your conviction?    Yes _X_  No ____

    (a)  If you did, to what court(s) did you appeal?

        Court of Appeal    Yes ____  No ____

        Year: _05_  Result: _DENIED (NO CAUSE OR OPINION)_

        Supreme Court of California  Yes _X_  No ____

        Year: _06-07_  Result: _DENIED (NO OPINION GIVEN)_

        Any other court    Yes _X_  No ____

        Year: _02-08_  Result: _DENIED without Prejudice_

    (b)  If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS    - 3 -

|    |     |                                                                                      |
|----|-----|--------------------------------------------------------------------------------------|
| 1  |     | petition?                                Yes ____    No  ✗                           |
| 2  | (c) | Was there an opinion?                    Yes ____    No  ✗                           |
| 3  | (d) | Did you seek permission to file a late appeal under Rule 31(a)?                      |
| 4  |     |                                          Yes ✗       No____                          |
| 5  |     | If you did, give the name of the court and the result:                               |
| 6  |     | ____ALL COURTS._____                                              |
| 7  |     | _____                                             |

8  9. Other than appeals, have you previously filed any petitions, applications or motions with respect to
9  this conviction in any court, state or federal?    Yes ____    No ✗
10      [Note: If you previously filed a petition for a writ of habeas corpus in federal court that
11  challenged the same conviction you are challenging now and if that petition was denied or dismissed
12  with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit
13  for an order authorizing the district court to consider this petition. You may not file a second or
14  subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28
15  U.S.C. §§ 2244(b).]
16      (a)  If you sought relief in any proceeding other than an appeal, answer the following
17           questions for each proceeding. Attach extra paper if you need more space.
18      I.   Name of Court: _____
19           Type of Proceeding: _____
20           Grounds raised (Be brief but specific):
21           a._____
22           b._____
23           c._____
24           d._____
25           Result: _____ Date of Result:_____
26      II.  Name of Court: _____
27           Type of Proceeding: _____
28           Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS          - 4 -

|     |      |                                                   |
|-----|------|---------------------------------------------------|
| 1   |      | a. _____         |
| 2   |      | b. _____         |
| 3   |      | c. _____         |
| 4   |      | d. _____         |
| 5   |      | Result: _____ Date of Result: _____   |
| 6   | III. | Name of Court: _____         |
| 7   |      | Type of Proceeding: _____         |
| 8   |      | Grounds raised (Be brief but specific):           |
| 9   |      | a. _____         |
| 10  |      | b. _____         |
| 11  |      | c. _____         |
| 12  |      | d. _____         |
| 13  |      | Result: _____ Date of Result: _____   |
| 14  | IV.  | Name of Court: _____         |
| 15  |      | Type of Proceeding: _____         |
| 16  |      | Grounds raised (Be brief but specific):           |
| 17  |      | a. _____         |
| 18  |      | b. _____         |
| 19  |      | c. _____         |
| 20  |      | d. _____         |
| 21  |      | Result: _____ Date of Result: _____   |

(b) Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes ____   No √

Name and location of court: _____

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS          - 5 -

1 | need more space. Answer the same questions for each claim.

2 | [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
3 | petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4 | 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5 | Claim One: INNEFECTIVE COUNSEL CRUEL AND UNUSUAL
6 | PUNISHMENT UNFAIR RELIGIOUS PERSECUTION
7 | Supporting Facts: 1980 - ATTEMPTED murder. ATTEMPTING
8 | TO murder CAR WINDOW WHEN male victim gave
9 | middle finger TO co-defendant car. IS AGAINST
10 | CONSITUTION IN 1980 CASE

11 | Claim Two: FALSE IMPRISONMENT
12 |
13 | Supporting Facts: Falsely IMPRISONING co-defendant while
14 | Female victim got AWAY IS CRUEL AND UNUSUAL
15 | PUNISHMENT IN 1980 CASE
16 |

17 | Claim Three: ASSULT with deadly WEAPON
18 |
19 | Supporting Facts: PHYSICAL APPEARANCE OF APPELLANT CAUSED
20 | victim TO LOOK AWAY AT KNIFE HANDED TO HIM
21 | BY SOMEONE ELSE TO collect package and REQUESTED
22 | THAT APPELLANT NOT HURT ANY ONE - IS CRUEL AND
    UNUSUAL PUNISHMENT.
23 | If any of these grounds was not previously presented to any other court, state briefly which
24 | grounds were not presented and why:
25 | APPELLANT IS SLOW TO SPEAK AND ATTORNEY WAS
26 | INNEFECTIVE IN SHOWING APPELLANT THE LAW
27 | THAT BREAKING WINDOWS AND PYSICAL APPEARANCE IS
28 | NOT good cause for society to cage him up.

PET. FOR WRIT OF HAB. CORPUS          - 6 -

1  List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases:
4  <u>Reynalds Aluminum Can Company, Texico Oil Company</u>
5  <u>Hardy. Optimal Siezures</u>
6  _____
7  Do you have an attorney for this petition?                    Yes____    No_X_
8  If you do, give the name and address of your attorney:
9  <u>    Seek and request co-counsel    </u>
10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.
12
13  Executed on <u> 6-22-08 </u>                                    [signature]
14                        Date                                Signature of Petitioner
15
16
17
18
19
20  (Rev. 6/02)
21
22
23
24
25
26
27
28

PET. FOR WRIT OF HAB. CORPUS        - 7 -

Romero Act.
Ineffective Assistance of Counsel
Cruel and Unusual Punishment
Religious Persecution
Intellectual Thieft by California Mule Creek
Right to ~~be~~ our nation ~~~~.

Romero Act.

In 1980 Plaintiff was arrested for attempting to murder a car window after co-defendant handed Plaintiff a baseball bat because male victim gave co-defendants car the middle finger.

Appellant then ~~~~ appellant saw male victim and co-defendant fight from 30 feet for about 2 to 3 seconds. Victim ran away.

Co-defendant then left with female victim and realized he left appellant by side of road. He backed up car and said "Get in car stupid." Appelland then falsely imprisoned co-defendant when co-defendand tried to have sex with victim. Victim left. Counsel failed to show that people attempt to murder as well as companys Renalds-Texico. And they do not go to jail but receive large pay checks

| | |
|---|---|
| 1992 | PLAINTIFF WAS HIRED BY DAVID VARGAS TO PICK UP PACKAGE OF 1/2 POUND OF METH AND TO ASK FOR PETER DAVIS. VICTIM SAW HOW UGLY APPELLANT WAS AND SHE LOOKED DOWN AT KNIFE APPELLANT MR VARGES HANDED HIM. APPELLANT TRIED TO COMFORT VICTIM BY SAYING "I WONT HURT YOU I'M JUST LOOKING FOR PETER DAVIS. THIS WENT ON FOR ABOUT 2 TO 3 SECONDS. APPELLANT RAN AWAY SO THAT VICTIM DIDN'T HAVE TO VIEW HIS FACE. APPELLANT WAS SHOT IN BACK TWICE. |
| | 2 WHITE POLICE OFFICERS STOPPED LOLA DAVIS AND LET HER GO. THEY WANTED PETER DAVIS. APPELLANT DOES NOT KNOW PETER DAVIS, ONLY THOMAS BUENO THE VICTIMS FRIEND. |
| 2004- | LEWD BEHAVIOR LASTING 3 SECONDS. A WOBBLER BY JURY STANDARDS. APPELLANT LOOKED OUT JANE DOES ROOM. JANE DOE WAS HIS DAUGHTER. A MR. JESSE GONZALES WAS GOING THROUGH APPELLANTS BEDROOM WINDOWS. APPELLANT PASSED OUT FOR AN HOUR OR A FEW MINUTES. HE IS NOT SURE WHEN EVENT OCCURED. HE WAS AWOKEN BY JANE DOE. |

③

(RELIGIOUS PERSECUTION BY CHRISTIAN RELIGION.) CHRISTIANS AT MULE CREEK ARE TAUGHT TO DEMEAN AND IN RETURN TEACH OTHERS TO DEMEAN PEOPLE BY KEEPING TRUTH COMPLETE TRUTH FROM OTHERS

EVIDANCE IN THE CHRISTIAN BIBLE IT IS SAID THAT ADAM AND EVE HAD CAIN AND ABLE. THE TRUTH IS THAT EVE WAS ADAMS CHOD. IF A FATHER PRODUCES A SON, A MOTHER PRODUCES A DAUGHTER. FULFILLING NOAH'S 2 BY 2. CAIN WAS THE SON OF CHRISTYLE AND ABLE THE SON OF EVE CAIN AND EVE HAD SETH LEAVING ADAM TO DIE OF A BROKEN HEART. THATS WHEN GOD THE FATHER SPOKE TO ADAM.

FURTHER EVIDANCE IS THE NEW TESTIMONT PASSAGE IF YOUR ENEMY SLAPS YOU. TURN THE OTHER CHEEK. THE TRUTH IS DON'T LOOK AT OTHERS AS ENEMYS AND YOU WON'T GET SLAPPED. AND YOU WON'T SLAP OTHERS

BECAUSE OF PERSECUTION, APPELLANT THOUGH HE DOES NOT WANT TO DIE HUMBLY REQUEST LETHAL INJECTION BE IMPOSED ON HIM. SINCE CHRISTIAN LOVE TO HANG PEOPLE OUT TO DRY. BY DENYING THE MASSES THE TRUTH. JOBS. AND SECURITY AS WELL AS FREEDOM.

INTELLECTUAL THEFT BY MULE CREEK STATE PRISON UNDER GANG MEMBERS' ANNONYMUS. APPELLANT STARTED UGM THROUGH HIS AN-RAM PROJECT (SEE DRUG ENFORMENT AGENCY) (LATINOS POR LA GIENTE) (SAN JOSE PD) Ets. AN-RAM 54-720-54.

BELIEVE PEOPLE ARE ADULTS AT 21 NOT EIGHTEEN AS CALIFORNIA DOES. (SEE DRUG SALES TARGETING SYSTEM) (SEE IOKA DAVIS) (SEE JUAN REYNA) ALL PRIOR TO HIS ARREST.

BECAUSE OF HIS BELIEF SYSTEM HIS RELIGIOUS, GOVERNMENTAL, AND INTELLECTUAL PROPERTY HAS BEEN STOLEN. APPELLANT IS GLOBAL CITIZEN SINCE MOTHER LEFT HIM AT TRU TREE STUMP. RAISED BY MEXICAN NATIONAL. SINCERELY

Gabriel Black

CC: ACLU NEW YORK
   UNITED NATIONS (O.N.E) NEW YORK
   NORTHERN DISTRICT
   TECHNOLOGY LAW FIRM OF NEW YORK
   TIME SQUARE TEXES

PS APPELLANT HUMBLY REQUEST CO-COUNSEL AND FOR CASE TO BE REOPENED. AND FOR COURT TO CONTINUE NOT BEING PREJUDICE IF EXTENTIONS ARE NEEDED PLEASE GRANT



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

Gabriel Block
J-65533 A-5-142
MCSP
PO Box 409020
IONE CA. 95640

