FILED

08 JUL -3 AM 11: 37

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

(PR)

CRB

CV 08 3218

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cornel Block Plaintiff,

vs.

Warden Serbic Defendant.

CASE NO. ____________

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, ____________________, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: Ø Net: Ø

Employer: ____________________

____________________

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

________________________________________

________________________________________

________________________________________

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ____ No X

b. Income from stocks, bonds, or royalties? — Yes ____ No X

c. Rent payments? — Yes ____ No X

d. Pensions, annuities, or life insurance payments? — Yes ____ No X

e. Federal or State welfare payments, Social Security or other government source? — Yes ____ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

________________________________________

________________________________________

3. Are you married? — Yes ____ No X

Spouse's Full Name: ________________________

Spouse's Place of Employment: ________________________

Spouse's Monthly Salary, Wages or Income:

Gross $________________ Net $________________

4. a. List amount you contribute to your spouse's support:$ ____________

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_______________________________________________

_______________________________________________

5. Do you own or are you buying a home? Yes ___ No ___

Estimated Market Value: $__________ Amount of Mortgage: $__________

6. Do you own an automobile? Yes ___ No ___

Make __________ Year __________ Model __________

Is it financed? Yes _____ No _____ If so, Total due: $ __________

Monthly Payment: $ __________

7. Do you have a bank account? Yes ___ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: __________

_______________________________________________

Present balance(s): $ __________

Do you own any cash? Yes ___ No ___ Amount: $ __________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ___

_______________________________________________

8. What are your monthly expenses?

Rent: $ __________ Utilities: __________

Food: $ __________ Clothing: __________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on this Account |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

child support

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6-22-08
DATE

SIGNATURE OF APPLICANT

**Case Number:** ________________

V65533

**Case Number:** CC448323

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Cabral Black [prisoner name] for the last six months Mule Creek State [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ⌀ and the average balance in the prisoner's account each month for the most recent 6-month period was $ ⌀.

Dated: 6-20-08

L. Tucco Acct. Clerk II
[Authorized officer of the institution]

CALIFORNIA DEPARTMENT OF CORRECTIONS
MULE CREEK STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 23, 2008

ACCOUNT NUMBER : V65533 BED/CELL NUMBER: A 0500000000142U
ACCOUNT NAME : BLACK, GABIREL ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 06/23/2008 | H118 | LEGAL COPIES HOLD | 0620 4701 | 2.70 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 2.70 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 2.70- |

THE WITHIN INSTRUM
COPY OF THE TRUST
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTM
BY [signature]
TRUST OFFICE
Acct. Clerk