RECEIVED
FILED
JUL 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C08-1151 CRB
(c) C08-2893 CRB
✓ C08-3218 CRB

Dear Clerk,

I haven't heard any response to my case and it's been over 90 days.

I stated to the courts that in 1980 I plead guilty for attempting to murder a car window, and falsely imprisoning my co-defendent because he wanted to have sex with a girl he just met 5 minutes prior. But that was before finding out that she claimed he tried to rape her. He took a deal for attempted rape.

Her name is Brenda Green she was 21. I held him imprisoned because I was jealous. She stated to him to please not have sex with her because she just had a misscarrage. To me that open for communication. Personally I would have ask her if she would like to be with me. And not asume she would. After all I'm not a handsome man. An abortion mean no, no means no; but misscarrage means we can still try.

Please ask the judge to call her. Its eating me up to know if I'm really guilty. Cause if I am. The tax payers shouldn't have to take care of me and I can plead for lethal injection. This way the state can use the money to send a child to collage.

Please call her. I need to move forward. I write San Jose courts pleading but

I get no responce. PLEASE call her find her ASK HER. I NEED TO KNOW AM I guilty or is my co-defendent, only she knows THE TRUTH. WAS I wrong for seperating THEM. I NEED TO KNOW CASE I feel like I AM but IM NOT SURE. IM JUST NOT SURE. only you can help me help THE people. PLEASE FIND out I pray TO YOU

Gabriel

Gabriel Black
V-65533 A-5-142up
MCSP
Po Box 409020
IONE, CA
95640

Clerk
Northern District
450 Golden Gate Ave.
San Francisco, CA
94102



UNITED STATES POSTAGE
$ 00.420
PITNEY BOWES
02 1M
0004214248  JUL 14 2008
MAILED FROM ZIP CODE 95640

9410 2326 6100 0413 8632 66 1 0004