1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GABRIEL BLACK, | ) | |
|---|---|---|
| Petitioner, | ) | No. C 08-3218 CRB (PR) |
| vs. | ) | ORDER OF DISMISSAL |
| MICHAEL MARTEL, Acting Warden, | ) | (Doc # 2) |
| Respondent. | ) | |

  Petitioner, a state prisoner incarcerated at Mule Creek State Prison in Ione, California, has filed a second petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a January 5, 2005 conviction and sentence from Santa Clara County Superior Court. His first petition was filed on February 27, 2008 and an order to show cause recently issued on July 21, 2008. See Black v. Martel, No. C 08-1151 CRB (PR) (N.D. Cal. July 21, 2008) (order to show cause).

  Based on petitioner's affidavit of indigence, his application for leave to proceed in forma pauperis under 28 U.S.C. § 1915 (doc # 2) is GRANTED. But the instant second petition is DISMISSED as duplicative. Cf. Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (duplicative in forma pauperis complaint may be considered abusive and dismissed under 28 U.S.C. § 1915).

1  Petitioner is free to amend his first petition to include any claims raised in
2  his second petition which were not raised in the first petition.  All claims relating
3  to petitioner's January 5, 2005 state court conviction and sentence must be
4  brought and litigated in civil case number 08-1151 only.
5  The clerk shall terminate all pending motions as moot and close the file.
6  SO ORDERED.
7  DATED: July 31, 2008
                                         _____
                                         CHARLES R. BREYER
8                                        United States District Judge

G:\PRO-SE\CRB\HC.08\Black, G2.dismissal.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


GABRIEL BLACK,

        Plaintiff,

  v.

SERBIA et al,

        Defendant.
_____/

Case Number: CV08-03218 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Gabriel Black V-65533
MCSP
A-5-142
P.O. Box 409020
Ione, CA 95640

Dated: July 31, 2008

        Richard W. Wieking, Clerk
        By: Barbara Espinoza, Deputy Clerk