FILED
AUG -6 PM 1:11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE United States District Court for the Northern District.

Gabriel Black
    Petitioner

No C08-3218 (CRB(er))

Doc # 2

vs.

Amended.
First Petition.

Michael Martel, acting Warden
    Respondant.

On Janurary 22, 1980 ~~6/5/80~~ Appellant was at Chemo Chordarlie' near Tropicana area of San Jose when Co-Defendant. Age 26. came over 3 times during Native American Ceremony. Co-hearsed then 16 year old appellant to go with him

At approximately Midnight appellant was Handed a bat and was told to break window appellant Taking the extra step. attempted to murder a Car window believing all things were alive.

afterwards Co-denfend. and male victim got into a fist fight approximately 100 ft.

From appellant for about 2 to 3 seconds male victim ran off. Co-defendant walked back to male victims car and produced a female who appellant thought was his girlfriend. They both drove off about 200 feet before realizing they left appellant. They backed up, and appellant was told to get in back seat.

The car drove about 5 minutes or less when Co-defendant who appellant had not seen in at least 2 years prior started what appellant thought was teaching him the birds and the bees. Appellant not ready because no discussion was formortiated Falsely Imprisoned his co-defendant because the Lady said she just had a muscarrage.

offers a deal of 9 years attorney co-heaused him by repeated statements of be quiet. Learned only at deal that co defendant was not in fact the Husband or Jealous boyfriend but was actually kidnapping and attempting to rape said woman. 30 years of shock resulted.

in March of 2004. Appellant acted while asleep in an Act lasting 3 seconds because of a gentleman who had crept in his house through a window prior.

As a result this mr Gonzalez, a Living in Neiborhood. would walk by Garage call house and go in back yard.

Appellant pleads the court to open up file and set forth precidant to reunite family.

Appellant prays

Respectfully Submitted

Crosbral Black

Crosby Black
V-65533 A5-142
MCSP
PO Box 409020
IONE CA

Legal
Mail

Office of Clerk
Northern District
450 Golden Gate Ave
San Francisco, CA

Case 3:08-cv-03218-CRB    Document 5    Filed 08/06/2008    Page 5 of 5